**Monica JEFFRIES, Plaintiff–Appellant,**

**v.**

**WAL–MART STORES EAST, L.P., Defendant–Appellee.**

**No. 16-1900**

United States Court of Appeals, Fourth Circuit.

Submitted: October 13, 2016

Decided: October 17, 2016

Monica Jeffries, Appellant Pro Se. Ethan Daniel Balsam, Kevin Michael Kraham, Littler Mendelson PC, Washington, D.C., for Appellee.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Jeffries appeals the district court's order granting Defendant's motion to dismiss her complaint alleging disability discrimination and retaliation claims, pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 to 12213 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Jeffries v. Wal–Mart Stores East, L.P., No. 8:15-cv-00473-GJH, 2016 WL 3771241 (D. Md. July 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED